NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**MICHAEL B. GRAVES,**
*Petitioner,*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent.*

---

2014-3159

---

Petition for review of the Merit Systems Protection Board in No. SF-3330-09-0570-X-1.

---

**ON MOTION**

---

**O R D E R**

Michael B. Graves submitted his initial brief on November 3, 2014, which the court treats as a motion for an extension of time to file his brief. The Department of Veterans Affairs takes no position on the motion.

Upon consideration thereof,

IT IS ORDERED THAT:

2                                    GRAVES v. DVA


    The motion is granted. Mr. Graves' initial brief is accepted for filing. The response brief for the Department of Veterans Affairs shall be due within 40 days of the date of filing of this order.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s21